**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

NORTHERN NATURAL GAS COMPANY,

Plaintiff,

v.

OTIS MINNESOTA SERVICES, LLC,

Defendant.

Case No. 8:26-cv-177

**MOTION TO EXTEND DEADLINE TO SERVE**

Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff, Northern Natural Gas Company ("NNG"), moves the Court for a 30-day extension of its deadline to effect service, from October 21, 2026 to November 20, 2026. In support, NNG states that Otis Minnesota Services, LLC, requested an anti-suit injunction in Minnesota state court regarding the above-captioned action, in a corresponding lien foreclosure action filed by a subcontractor against NNG and Otis. The motion for injunctive relief was heard on August 17, 2026 and remains pending. The extension will allow the parties to suspend service and litigation activity in the above-captioned action while the Minnesota court resolves Otis' request for injunctive relief.

WHEREFORE, NNG respectfully requests that the Court extend the deadline to effect service through November 20, 2026.

Dated: October 20, 2026.

NORTHERN NATURAL GAS COMPANY,
Plaintiff.

By: /s/Brian Barmettler
Steven D. Davidson (#18684)
Brian Barmettler (#27017)
of: BAIRD HOLM LLP
1700 Farnam Street, Suite 1500
Omaha, Nebraska 68102
Telephone: (402) 344-0500
Facsimile: (402) 344-5088
sdavidson@bairdholm.com
bbarmettler@bairdholm.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2026, the undersigned electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

n/a

/s/Brian Barmettler

7893886.1